# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DOUGLAS REEVES**<br><br>    **Plaintiff**<br><br>    v.<br><br>**THE TRAVELERS COMPANIES d/b/a TRAVELERS**<br><br>    **Defendant** | **CIVIL ACTION**<br><br>**NO. 16-6448** |

## ORDER DENYING
## MOTION TO BIFURCATE AND STAY COUNT II

**AND NOW**, this  11th  day of April 2017, after review of ECF 1, ECF 11, ECF 13, and ECF 14, and for the reasons stated in the accompanying memorandum, it is hereby **ORDERED** that Defendant's Motion to Bifurcate and Stay Count II (ECF 11) is **DENIED**.

                    **BY THE COURT:**

                    **/s/ Michael M. Baylson**
                    **MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 16\16-6448 Reeves v Travelers\Order denying Bifurcation.docx