# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DOUGLAS REEVES,<br><br>          Plaintiff<br><br>     v.<br><br>THE TRAVELERS COMPANIES d/b/a TRAVELERS,<br><br>          Defendant | CIVIL ACTION<br><br>NO. 16-6448 |

## ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

**AND NOW**, this 30th day of October 2017, after review of ECF 17, ECF 18, ECF 22, and ECF 23, and for the reasons stated in the accompanying memorandum, it is hereby **ORDERED** that Defendant's Motion for Summary Judgment (ECF 17) is **GRANTED** and the Complaint (ECF 1) is hereby dismissed.

                    **BY THE COURT:**

                    **/s/ Michael M. Baylson**
                    **MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 16\16-6448 Reeves v Travelers\Order granting Summary Judgment.docx